UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| JULIE SIKORSKI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 3:06-cv-00696-LRH (VPC) |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| GLEN WHORTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#91[1]) entered on April 30, 2009, in which the Magistrate Judge recommends that the Plaintiffs' Motion for Partial Summary Judgment (#77) be denied and Defendants' Motion for Summary Judgment (#78) be granted as to all counts. No objections were filed. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

---

[1] Refers to court's docket number.

1       ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#91); therefore, Plaintiffs' Motion for Partial Summary Judgment (#77) is DENIED and Defendants' Motion for Summary Judgment (#78) is GRANTED as to all counts.

      IT IS SO ORDERED.

      DATED this 29th day of May, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2